# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DONALD WILLIAM COOPER,**  **PLAINTIFF**
ADC # 160338

v.  CASE 4:15CV00361 BSM

**KYLE WATKINS, Deputy,**
Conway County Sheriff's Office  **DEFENDANT**

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the PRD are hereby adopted in all respects.

It is therefore ordered that defendants' motion for summary judgment [Doc. No. 18] is granted on plaintiff's official capacity and verbal threats claims and these claims are dismissed with prejudice. The motion is denied on plaintiff's remaining claims.

IT IS SO ORDERED this 24th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE